IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPHINE T. BELLUM and KAREN A. BISTREK, on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

THE LAW OFFICES OF FREDERIC I. WEINBERG & ASSOCIATES, P.C.,

    Defendant.

Civil Action No.: 2:15-cv-02460-CDJ

FILED
DEC 3 0 2015
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

### JOINT MOTION TO EXTEND CASE MANAGEMENT DEADLINES

AND NOW, this __30th__ day of __December__, 2015, upon consideration of the parties' Joint Motion To Extend Case Management Deadlines, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that the case-management deadlines are hereby extended to the following dates:

    (1) Fact discovery:      February 18, 2016

    (2) Expert reports exchanged:      January 22, 2016

    (3) Expert Depositions:      February 18, 2016

The settlement conference previously scheduled for January 27, 2016 at 9:30 am shall not be affected by this Order.

BY THE COURT

_____
J. [signature]